IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRIYA LESINSKI and RICHARD LESINSKI,**<br>    *Plaintiffs,*<br><br>v.<br><br>**HALEON US HOLDINGS, LLC,**<br>    *Defendant.* | Civil No. 24-4181 |

## ORDER

**AND NOW**, this 3rd day of September, 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 19) and the response and reply thereto, it is hereby **ORDERED** that Defendant's motion is **GRANTED IN PART AND DENIED IN PART** for the reasons set forth in the accompanying memorandum.  Plaintiffs' Loss of Consortium claim (Count II) is **DISMISSED WITHOUT PREJUDICE.**  Plaintiffs may file an amended complaint no later than September 24, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO, J.